IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, <br> AIS #140252, <br><br> Plaintiff, <br><br> v. <br><br> SGT. CINDY BUCKMANN, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )CIVIL ACTION NO. 1:08-CV-725-TMH <br> )                              [WO] <br> ) <br> ) <br> ) <br> ) |

# **ORDER**

On July 28, 2010, the Magistrate Judge filed a Recommendation (Doc. 14) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. 14) be ADOPTED;

2. The defendants' motion for summary judgment be GRANTED;

3. Judgment be entered in favor of the defendants;

4. The costs of this proceeding be taxed against the plaintiff; and

5. This case be DISMISSED with prejudice.

Done this 14th day of September, 2010.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE